**MINUTE ENTRY FOR CRIMINAL PROCEEDING**

BEFORE MAG. JUDGE   Taryn Merkl                    DATE :      3 / 29 /2024

DOCKET NUMBER   24 CR 128 (CBA)              LOG # : 1:05 - 1:16

DEFENDANT'S NAME :  Gergio Esteban Arciniegas Pena

_✓_ Present     ____ Not Present     _✓_ Custody     ___ Bail     ___ appointed by the Court

DEFENSE COUNSEL:   Adam Kaufmann

____ Federal Defender     ___ CJA               _✓_ Retained

A.U.S.A   Phil Pilmar for Adam Amir          CLERK:   SM Yuen

Probation :                              (Language)   Spanish : Mario Michelon

_✓_   Defendant arraigned on the: _✓_ indictment___ superseding indictment ___ probation violation

_✓_   Defendant pleads NOT GUILTY to ALL counts.

_✓_   Rule 5f Order read into the record.

__ __   Bail application Hearing held.     _✓_   Defendant's first appearance.

____   Bond set at _____   Defendant __   released ___ held pending
         satisfaction of bond conditions.

____   Defendant advised of bond conditions set by the Court and signed the bond.

____   Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

____   (Additional) surety/ies to co-sign bond by _____

____   After hearing, Court orders detention in custody.     ____ Leave to reopen granted

____   Temporary Order of Detention Issued.   Bail Hearing set for _____

____   At this time, defense counsel states on the record that the defendant does not have a bail
         application / package. Order of detention entered with leave to reapply to a Magistrate
         or to the District Court Judge to whom the case will be assigned.

_✓_   Order of Excludable Delay/Speedy Trial entered.   Start 3/29/24   Stop 4/15/24.

____   Medical memo issued.

____   Defendant failed to appear; bench warrant issued.

_✓_   Status conference set for 4/15/24 @ 12pm   before Judge Amon

Other Rulings : _____
_____
_____
_____