UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

United States of America

       - against -                    24-CR-128 (CBA)(TAM)

Sergio Esteban Arciniegas Pena

----------------------------------------------------------X

TARYN A. MERKL, U.S.M.J.:

## CONSENT TO HAVE A PLEA TAKEN BEFORE UNITED STATES MAGISTRATE JUDGE TARYN A. MERKL

     United States Magistrate Judge Taryn A. Merkl has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have my plea taken before Magistrate Judge Taryn A. Merkl. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

     After having discussed this matter fully with my counsel, I hereby consent to enter my plea before United States Magistrate Judge Taryn A. Merkl.

_____
Defendant

_____
United States Attorney, E.D.N.Y.

_____
Attorney for the Defendant

By: ___Breon Peace___
      United States Attorney

Dated: _9/5/24_

_Taryn A. Merkl_
Taryn A. Merkl, U.S.M.J.

COURT'S
EXHIBIT NO. 2
IDENTIFICATION/EVIDENCE
DKT. # 24-cr-128(CBA)
DATE: 9-5-2024